```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

JONATHAN DE CARLE, etc.,       }
                               }
     Plaintiff,                }
                               }     CIVIL ACTION NO.
v.                             }     10-AR-0264-S
                               }
COLONIAL HAVEN REHABILITATION  }
& CARE NURSING HOME, et al.,   }
                               }
     Defendants.               }
                               }
```

## MEMORANDUM OPINION

This court's first and biggest mistake in this case was in not *sua sponte* dismissing the purported action as frivolous, incomprehensible, and devoid of colorable merit. It was only because the strangely and inappropriately named plaintiff had paid the filing fee that the court directed the docket clerk to file the purported complaint, after which the plaintiff did nothing. On June 4, 2010, the court ordered plaintiff to show cause why this case should not be dismissed for want of prosecution, he not having effectuated service on any defendant or even undertaken to do so. On June 7, 2010, would-be plaintiff filed a motion for an extension stating several reasons, including that he is penniless, that he is ill, and that there are 50 defendants in five Alabama counties, plus Arkansas and California, all of whom will be named later. The purported plaintiff who is "penniless" paid $350 to file a *pro se* complaint, and now says that he needs "approximately six weeks to retain counsel and recover from my injuries". Although *pro se*

parties are entitled to soft treatment for their deficient pleadings, this plaintiff's attempt was destined to fail from its inception.  It will be dismissed by separate order.

DONE this 14th day of June, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE